# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER JOSEPH BORNE

NO. 2024 KW 0908

OCTOBER 16, 2024

---

In Re:    Christopher Joseph Borne, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 619904.

---

BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The trial court's ruling denying relator's motion in limine is reversed in part. With respect to the charge of pornography involving juveniles, only, relator is not prohibited from arguing he was misled about the victim's age. The age of the performers is the crucial element separating legal innocence from wrongful conduct because non-obscene, sexually explicit materials involving persons over the age of 17 are protected by the First Amendment. **United States v. X-Citement Video, Inc.**, 513 U.S. 64, 72-73, 115 S.Ct. 464, 469, 130 L.Ed.2d 372 (1994). Thus, La. R.S. 14:81.1(D)(1) must be severed from the remainder of the statute to prevent the State from being relieved of proving scienter as to minority. See La. R.S. 24:175; **State v. Cinel**, 94-0942 (La. 11/30/94), 646 So.2d 309, 317, cert. denied, 516 U.S. 881, 116 S.Ct. 215, 133 L.Ed.2d 146 (1995). Accordingly, because there is no *valid* provision to the contrary in La. R.S. 14:81.1, mistake of fact, which precludes the presence of any mental element required in pornography involving juveniles, including scienter as to minority, is a defense to prosecution for that crime. La. R.S. 14:16. In all other respects, the writ application is denied.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT